# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HARTFORD

|  |  |
|---|---|
| IN RE: :  | |
| : | |
| JOSE JURADO AND JANNETTE JURADO  : | CHAPTER 13 |
| DEBTORS  : | CASE NO: 14-21054 |
| : | |
|  | Re: ECF No. _____ |

## NOTICE OF CONTESTED MATTER RESPONSE DATE

JOSE JURADO and JANNETTE JURADO, (the "Movants") have filed a Motion to Borrow with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than August 24, 2016. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. section 102(1).

Dated: August 10, 2016         By:    JOSE JURADO &
                                       JANNETTE JURADO, MOVANTS

                                           /s/ Suzann L. Beckett
                                       Suzann L. Beckett, LLC
                                       543 Prospect Avenue
                                       Hartford, CT  06105
                                       (860) 236-1111
                                       Federal Bar No. ct02186

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF HARTFORD

IN RE:

JOSE JURADO AND JANNETTE JURADO
DEBTORS

CHAPTER 13
CASE NO: 14-21054

Re: ECF No. _____

## MOTION TO BORROW

Jose Jurado and Jannette Jurado (the "Movants"), by and through counsel, Suzann L. Beckett, hereby move for permission and/or ratification to borrow the sum of $21,000.00 for the purpose of purchasing a new vehicle to replace the family's pre-existing vehicle. In support thereof the Movant respectfully represents as follows:

1. On May 29, 2014, the Movant and her husband filed in this Court a voluntary petition under Chapter 13 of Title 11, United States Code.

2. Molly T. Whiton was duly appointed trustee.

3. The Movant's plan was confirmed on June 25, 2015.

4. At the time of filing, the Movant Wife was driving a 2008 Suzuki Ferenza with approximately 77,000 miles but that vehicle is no longer operable.

6. The Movants both work and are the parents of 2 children. They need to have a dependable vehicle for transportation and accordingly request permission to purchase another vehicle, as they cannot reasonably share a vehicle.

7. The Movants have found a replacement vehicle at Barberino costing approximately $21,000 which will result in a monthly payment of $513.67.

**WHEREFORE,** the Movants respectfully ask the Court to enter an Order as follows:

A. That the Debtors' Motion to Borrow as set forth herein be granted and approved;

C. Such other and further relief as to the Court may seem just and proper.

Dated at Hartford, Connecticut this 10th day of August, 2016.

MOVANTS,

By:   /s/ Suzann L. Beckett
Suzann L. Beckett
Beckett Law, LLC
543 Prospect Avenue
Hartford, CT  06105
(860) 236-1111
Federal Bar No. ct 02186

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HARTFORD**

| | |
|---|---|
| IN RE: : | |
| : | |
| JOSE JURADO AND JANNETTE JURADO : | CHAPTER 13 |
| DEBTORS : | CASE NO: 14-21054 |
| | Re: ECF No. _____ |

**ORDER GRANTING PERMISSION TO BORROW**

The Debtor's Motion to Borrow, having been duly noticed and heard by the Court and it appearing the same should be approved, it is hereby

GRANTED

Dated at Hartford CT, this _____ day of August, 2016

_____

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT**
Hartford / New Haven Division

IN THE MATTER OF

HEATHER MARSH

IN PROCEEDINGS UNDER
CHAPTER 13

Case No. 15-22013

## ORDER GRANTING PERMISSION TO BORROW

The Debtor's Motion to Borrow, having been duly noticed and heard by the Court and it appearing that the same should be sustained, it is hereby

GRANTED,

Dated at Hartford, Connecticut, this ____ day of July, 2014.

_____

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HARTFORD**

| | |
|---|---|
| IN RE: | |
| JOSE JURADO AND JANNETTE JURADO<br>DEBTORS | CHAPTER 13<br>CASE NO: 14-21054 |
| JOSE JURADO AND JANNETTE JURADO<br>MOVANTS | Re: ECF No. _____ |

**CERTIFICATION OF SERVICE**
**MOTION TO BORROW**

The undersigned certifies that a copy of the **Contested Matter Procedure, Motion to Borrow, and Proposed Order,** was mailed this 10th day of August, 2016, via the ECF Electronic Filing System of the U.S. Bankruptcy Court to the following:

Andrew Cannella
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 151
Farmington, CT 06032
(Attorney for **Deutsche Bank National Trust Company, as Trustee for HIS Asset Securitization Corporation Trust 2006-OPT1)**

**U.S. Trustee**
Office of the United States Trustee
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510

Molly T. Whiton, Esq., **Chapter 13 Trustee**
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106

/s/ Suzann L. Beckett
Suzann L. Beckett, Esq.
Beckett Law, LLC
543 Prospect Avenue
Hartford, CT 06105
(860) 236-1111
Fed. Bar No. ct 02186