## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re<br><br>**JOSE JURADO and<br>JANNETTE JURADO,**<br><br>Debtors. | Case no.: 14-21054<br><br>Chapter 13<br><br>August 11, 2016 |

### MOTION TO SHORTEN NOTICE PERIOD FOR
### AMENDED MOTION TO INCUR DEBT OR SET HEARING
### FOR AUGUST 25, 2016 AT 11:00 A.M.

Counsel for the Debtors herein, Jose Jurado and Jannette Jurado (hereinafter referred to as the "Debtor"), having filed an Amended Motion to Borrow, hereby moves the Court to shorten the notice period for creditors and other parties in interest to object to the Amended Motion to Borrow, or alternatively, to set the matter for a hearing on August 25, 2016 at 11:00 a.m. In support thereof, the Debtors respectfully represent the following:

1. On May 29, 2014, the Movant and her husband filed in this Court a voluntary petition under Chapter 13 of Title 11, United States Code.

2. At the time of filing, the Movant Wife was driving a 2008 Suzuki Ferenza with approximately 77,000 miles but that vehicle is no longer operable.

3. The Movants both work and are the parents of 2 children. They need to have a dependable vehicle for transportation and accordingly request permission to purchase another vehicle, as they cannot reasonably share a vehicle.

4. The Movants have found a replacement vehicle at Barberino costing approximately $21,000 which will result in a monthly payment of $513.67.

5. The Debtors request that the Court shorten notice and grant an exemption from the

Court's requirement that all parties receive 21 days' notice, in order to preserve the Debtors' eligibility for financing and because of the dire need of the Debtors for reliable transportation. The foregoing will allow sufficient time for the finance company to finalize the offer.

6. An additional copy of this motion and the Amended Motion to Incur Debt has been served on all creditors who have filed claims without electronic appearances by facsimile in order to provide adequate notice under LBR 9013-1.

7. A hearing on August 25, 2016 will allow sufficient time under LBR 9013-1 with regards to the Debtor's motion.

8. Upon information and belief, the proposed financing order does not prejudice the position of any creditor or the Trustee.

**WHEREFORE**, the Debtors pray for an order scheduling the above-matter for a hearing on August 25, 2016, together with such other and further relief as this Court deems just and proper.

Dated: August 11, 2016.

JOSE JURADO &
JANNETTE JURADO, DEBTORS

By: /s/ Suzann L. Beckett
Suzann L. Beckett
Beckett Law, LLC
543 Prospect Avenue
Hartford, CT 06105
T: 860-236-1111
F: 860-236-0050
SuzannB@Beckett-Law.com
Federal Bar No. CT 02186

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| In re | Case no.: 14-21054 |
|---|---|
| JOSE JURADO and JANNETTE JURADO, | Chapter 13 |
| Debtors. | August 11, 2016 |

## PROPOSED
## ORDER SHORTENING NOTICE PERIOD FOR AMENDED MOTION TO INCUR DEBT

JOSE JURADO and JANNETTE JURADO (the "Movants"), having filed a Motion to Shorten Notice Period (the "Motion to Shorten Notice Period"), (ECF No. ___), in connection with an Amended Motion to Incur Debt, (the "Amended Financing Motion") (ECF No. ___), and it appearing that the relief in the Motion to Shorten Notice Period should be granted, it is hereby

ORDERED, that a hearing to consider the Amended Financing Motion will be held on_____ at the United States Bankruptcy Court at Hartford; and it is further

ORDERED, that the Amended Financing Motion is granted an exemption from the Court's Contested Matter Procedure; and it is further

ORDERED, that service of the Order Granting the Motion to Shorten Notice Period and the Amended Financing Motion must be made on all parties entitled to notice under applicable statutes and/or rules on or before _____ and it is further

ORDERED, that a certificate of service demonstrating that the provisions of the Order Granting Motion to Shorten Notice Period have been complied with must be filed on or before _____.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| In re | Case no.: 14-21054 |
|---|---|
| **JOSE JURADO and JANNETTE JURADO,** | Chapter 13 |
| Debtors. | August 11, 2016 |

## CERTIFICATION OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 11th day of August, 2016, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in Section 2 below:

1. **Documents Served:**
   a. Amended Motion to Incur Debt with Proposed Order
   b. Motion to Shorten Notice Period with Proposed Order

2. **Parties Served via First Class Mail:**
   a. Jose Jurado & Jannette Jurado, 75 Herbert Drive, East Hartford, CT 06118

3. **Parties Served via ECF:**
   a. Suzann L. Beckett on behalf of Debtors Jose Jurado & Jannette Jurado: SuzannB@Beckett-Law.com

   b. Andrew S. Cannella on behalf of Deutsche Bank National Trust Company, As Trustee For HSI Asset Securitization Corporation Trust 2006-OPT1, Mortgage Pass-Though Certificates, Series 2006-OPT1:    bkecf@bmpc-law.com

   c. Ana M. Fidalgo on behalf of Deutsche Bank National Trust Company, As Trustee For HSI Asset Securitization Corporation Trust 2006-OPT1, Mortgage Pass-Though Certificates, Series 2006-OPT1:    lisa@charlesthompsonlaw.com

   d. U. S. Trustee:   USTPRegion02.NH.ECF@USDOJ.GOV

   e. Molly T. Whiton, Chapter 13 Trustee:    mtwhiton@mtwhiton.com

Page 1 of 2

Dated: August 11, 2016.

JOSE JURADO &
JANNETTE JURADO, DEBTORS

By: /s/ Suzann L. Beckett
Suzann L. Beckett
Beckett Law, LLC
543 Prospect Avenue
Hartford, CT 06105
T: 860-236-1111
F: 860-236-0050
SuzannB@Beckett-Law.com
Federal Bar No. CT 02186