# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
August 15, 2016

In re:

    Jose I. Jurado

    Jannette Jurado

                    Debtor*

Case Number: 14–21054 amn
Chapter: 13

## ORDER GRANTING MOTION FOR EXPEDITED HEARING

Debtor (the "Movant"), having filed a Motion to Expedite Hearing (the "Motion to Expedite Hearing"), (ECF No. 32), in connection with a Motion to Borrow, (the "Motion to Borrow"), (ECF No. 33), it appearing that the relief in the Motion to Expedite Hearing should be granted, it is hereby

ORDERED, that a hearing to consider the Motion to Borrow will be held on **August 25, 2016 at 11:00 AM at 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103**; and it is further

ORDERED, that service of the Order Granting the Motion for Expedited Hearing and the Motion to Borrow must be made on all parties entitled to notice under applicable statutes and/or rules **on or before August 16, 2016** and it is further

ORDERED, that a certificate of service demonstrating that the provisions of the Order Granting Motion for Expedited Hearing have been complied with must be filed **on or before on August 18, 2016**.

Dated: August 15, 2016

BY THE COURT

Ann M. Nevins
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 150 – lad

*For the purposes of this order, "Debtor" means "Debtors" where applicable.